

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00186-CR

RICHARD LEE PERCIVILL, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 48,443-B

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Richard Lee Percivill, Jr., was indicted in two separate indictments for family violence assault. The two cases were tried together, and he entered a plea of guilty to both indictments and a plea of true to each indictment's enhancement allegation of having a prior conviction for family violence assault. The trial court found him guilty and, after a hearing on punishment, sentenced him to five years in prison for each of the two offenses, with the sentences to run concurrently.

In this appeal from his second conviction for family violence assault, Percivill argues that he was improperly assessed $25.00 for a time payment fee.[1]

For the reasons stated in our opinion of this date in cause number 06-19-00185-CR, we find that ninety percent of the time payment fee is unconstitutional and modify the time payment fee to assess only $2.50.

As modified, the trial court's judgment is affirmed.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 19, 2020
Date Decided:      April 9, 2020

Do Not Publish

---

[1]The State does not oppose Percivill's arguments on appeal.

2